JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN ARTURO LULE, | ) | NO. ED CV 21-2057-WLH(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| F.J. AGUILAR, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 9, 2023.

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE